**In re the Petition for DISCIPLINARY ACTION AGAINST Wendy Alison NORA, an Attorney at Law of the State of Minnesota.**

No. C0–88–2283.

Supreme Court of Minnesota.

Sept. 29, 1992.

ORDER

Upon agreement of the parties, it hereby is ordered that the above-entitled matter, be, and the same is, dismissed without prejudice.

**In re the Petition for DISCIPLINARY ACTION AGAINST Thomas P. LILJA, an Attorney at Law of the State of Minnesota.**

No. C5–90–545.

Supreme Court of Minnesota.

Sept. 29, 1992.

ORDER

Upon agreement of the parties, it hereby is ordered that the above-entitled matter, be, and the same is, dismissed without prejudice.